## THE BALTIMORE BRIAR PIPE CO. *vs.* GEORGE EISENHAUER.

Action by workman against employer to recover damages for an injury caused by the breaking of a belt.   No exception having been taken to the granting of a prayer, after objection thereto on the ground of insufficiency of evidence to support it, it cannot be reviewed on appeal.   January Term, 1907. Appeal from the Superior Court of Baltimore City.   Affirmed.

---

## THE MAYOR AND CITY COUNCIL OF BALTIMORE *vs.* LUCIA H. ROWE, Administratrix.

Condemnation proceedings by the city of Baltimore.   The defendants held to have acquired a valid title to certain land by adverse possession.   January Term, 1907.   Cross appeals from the Circuit Court of Baltimore.   Affirmed.

---

## JENNIE B. MAYNARD *vs.* JOHN W. MAYNARD.

Bill by appellant against appellee for  divorce *a mensa* on the grounds of cruelty of treatment and abandonment.   The evidence does not support the charge of cruelty, but does show such abandonment and  desertion as entitles the plaintiff to the decree asked for.    October Term, 1908.   Appeal from the Circuit Court for Frederick County.